

# United States District Court
# Eastern District of California

| LATASHA MIXON, ET AL., | |
|---|---|
| Plaintiff(s) | Case Number: 2:24-CV-02290-DJC-CSK |
| V. | |
| WELLSPACE HEALTH, | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Alexandra A. Mormile__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
WELLSPACE HEALTH

On __6/12/2019__ (date), I was admitted to practice and presently in good standing in the __State of New York__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 2/27/2025         Signature of Applicant: /s/ *Alexandra Mormile*

**Pro Hac Vice Attorney**

Applicant's Name: Alexandra A. Mormile

Law Firm Name: Gordon Rees Scully Mansukhani, LLP.

Address: One Battery Park Plaza, 28th Floor

City: New York   State: NY   Zip: 10004

Phone Number w/Area Code: (347) 215-3917

City and State of Residence: Jersey City, New Jersey

Primary E-mail Address: amormile@grsm.com

Secondary E-mail Address: hmorris@grsm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Reid E. Dammann

Law Firm Name: Gordon Rees Scully Mansukhani, LLP.

Address: 633 West Fifth Street, 52nd Floor

City: Los Angeles   State: CA   Zip: 90071

Phone Number w/Area Code: (213) 576-5065   Bar #: 249031

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 27, 2025

*Daniel J. Calabretta*
JUDGE, U.S. DISTRICT COURT