

# United States District Court
## Eastern District of California

| | |
|---|---|
| LATASHA MIXON, ET AL., | Case Number: 2:24-CV-02290-DJC-CSK |
| Plaintiff(s) | |
| V. | |
| WELLSPACE HEALTH, | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Justin M. Holmes** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**WELLSPACE HEALTH**

On **12/08/2018** (date), I was admitted to practice and presently in good standing in the **State of Pennsylvania** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 2/27/2025          Signature of Applicant: /s/ *Justin Holmes*

**Pro Hac Vice Attorney**

Applicant's Name: Justin M. Holmes

Law Firm Name: Gordon Rees Scully Mansukhani, LLP.

Address: 1717 Arch Street

City: Philadelphia   State: PA   Zip: 19103

Phone Number w/Area Code: (717) 903-6101

City and State of Residence: Philadelphia, Pennsylvania

Primary E-mail Address: jholmes@grsm.com

Secondary E-mail Address: hmorris@grsm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Reid E. Dammann

Law Firm Name: Gordon Rees Scully Mansukhani, LLP.

Address: 633 West Fifth Street, 52nd Floor

City: Los Angeles   State: CA   Zip: 90071

Phone Number w/Area Code: (213) 576-5065   Bar #: 249031

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 27, 2025

_Daniel J. Calabretta_
JUDGE, U.S. DISTRICT COURT