MICHELE BECKWITH
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA MIXON, *ET AL.*,<br>Plaintiffs,<br>v.<br>WELLSPACE HEALTH,<br>Defendant. | No. 2:24-cv-02290-DJC-CSK<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br><u>Hearing on Motion</u><br><br>Date: May 29, 2025<br><br>Time: 1:30 p.m.<br><br>Location: Courtroom 7, Fourteenth Floor<br>United States Courthouse<br>501 I Street<br>Sacramento, CA 95814 |

**NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that, on May 29, 2025, at 1:30 p.m., the United States of America will, and hereby does, move for reconsideration of the Court's Order (ECF 23) dated February 14, 2025. This Motion will be made in Courtroom 7 of the United States Courthouse at 501 I Street in Sacramento, California. This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, and any other evidence or argument as the Court may consider.

Pursuant to the Court's Standing Order (ECF 2-1), the undersigned conferred with counsel for the parties via video-teleconference on February 24, 2025, regarding the substance of this Motion.

Dated: March 14, 2025

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for the United States